MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
ERIK R. FUEHRER (Bar. No. 252578)
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

(Counsel Continued on Signature Page)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., PANASONIC CORPORATION OF NORTH AMERICA, SAMSUNG ELECTRONICS, USA, INC., TIVO, INC.,<br><br>Defendants. | CASE NO. CV 10-8545-GW(PLAx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff Olympic Developments AG, LLC and defendant Samsung Electronics America, Inc., erroneously sued as Samsung Electronics USA, Inc. ("Samsung"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), hereby stipulate to the dismissal of all claims between and amongst the parties in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 30, 2013        DLA PIPER LLP (US)

By  */s/ Erik R. Fuehrer*
ERIK R. FUEHRER
Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC., erroneously sued as SAMSUNG ELECTRONICS USA, INC.

Dated: December 30, 2013        HENINGER GARRISON DAVIS, LLC

By  */s/ Steven Ritcheson (with permission)*
STEVEN W. RITCHESON
Attorneys for Plaintiff OLYMPIC DEVELOPMENTS AG, LLC

PURSUANT TO STIPULIATION, IT IS SO ORDERED.

Dated: January 2, 2014

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE